**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUN A. JONES, | ) NO. CV 21-4243-AB (KS) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING INTERIM FINDINGS |
| | ) AND RECOMMENDATIONS OF UNITED |
| D. TAYLOR, | ) STATES MAGISTRATE JUDGE |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), all of the records herein, the July 25, 2022 Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 40), and Plaintiff's Objections to the Report ("Objections") (Dkt. No. 45).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED; (2) Plaintiff's free exercise claim is DISMISSED without leave to amend; (3) Plaintiff's deliberate indifference claim is DISMISSED without leave to

amend; and (4) Defendant SHALL file an Answer to the FAC on the sole remaining claim (Claim 1: Excessive Use of Force) within fourteen (14) days of the date of this Order.

    IT IS SO ORDERED.

DATED:   September 23, 2022

                                        ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE