1  ROB BONTA
   Attorney General of California
2  DEBORAH B. WADLEIGH
   Supervising Deputy Attorney General
3  ZACHARY GLANTZ
   Deputy Attorney General
4  State Bar No. 298936
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6170
6   Fax:  (916) 761-3641
    E-mail:  Zachary.Glantz@doj.ca.gov
7  *Attorneys for Defendant D. Taylor*

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11

12

| | |
|---|---|
| 13  **SHAUN ANTONE JONES,** | Case No. 2:21-cv-04243-AB-KS |
| 14                      Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 15        v. | |
| 16  **D. TAYLOR,** | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| 17                      Defendant. | |

18

19      Plaintiff Shaun Antone Jones and Defendant D. Taylor have resolved this case

20  in its entirety.  Therefore, the parties stipulate to a dismissal of this action with

21  prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

22      Each party shall bear its own litigation costs and attorney's fees.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1     It is so stipulated.

2

3   Dated:

4                               SHAUN ANTONE JONES
                                Plaintiff

5

6   Dated: May 5, 2023

7                               Zachary Glantz
8                               Deputy Attorney General
                              California Attorney General's Office
9                               *Attorneys for Defendant D. Taylor*

10
   LA2022600697
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  It is so stipulated.

2

3  Dated: 5-4-23          _____
4                          SHAUN ANTONE JONES
                           Plaintiff
5

6  Dated: _____  _____
7                          Zachary Glantz
                           Deputy Attorney General
8                          California Attorney General's Office
                           *Attorneys for Defendant D. Taylor*
9

10
   LA2022600697
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Jones, Shaun A. v. D. Taylor**          Case No.   **2:21-cv-04243-AB-KS**

I hereby certify that on <u>May 5, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>May 5, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Shaun Antone Jones, CDCR No. AR8714
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179
Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 5, 2023</u>, at Los Angeles, California.

| R. Velasco | /s/ R. Velasco |
|---|---|
| Declarant | Signature |

LA2022600697
65930652.docx